IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OHIO SECURITY INSURANCE COMPANY            PLAINTIFF

vs.            CIVIL ACTION NO.    3:19-cv-197-SA-JMV

ELIZABETH FINLEY, ADMINISTRATRIX OF THE
ESTATE OF THOMAS J. FINLEY, JR., ET AL.            DEFENDANTS

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, Ohio Security Insurance Company, requests the Court to enter an order dismissing David Dyer; Cornerstone Systems, Inc.; COFC Logistics, LLC; Interpool, Inc., d/b/a Trac Intermodal; Great West Casualty Company; and Nationwide Mutual Insurance Company as defendants in this action. In light of the Consent Judgment entered against Defendant Jamac Logistics, LLC, in civil action no. 3:12-cv-78-DMB-JMV on the docket of this Court (Doc. #195) and the Order dismissing David Dyer; Cornerstone Systems, Inc.; COFC Logistics, LLC, and Interpool, Inc., d/b/a Trac Intermodal in that action, the above-listed parties are no longer necessary defendants in this action.

This the 3rd day of February 2020.

           Respectfully submitted,

           OHIO SECURITY INSURANCE COMPANY

     By:     _/s/Ford Bailey_
           Clifford K. (Ford) Bailey, III (MBN #1686)
           Its Attorney

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
fbailey@wellsmar.com

## CERTIFICATE OF SERVICE

    I, Clifford K. (Ford) Bailey, III, do hereby certify that I have this day served a true and correct copy of the above and foregoing on all parties and counsel of record who have appeared in this action through the Court's CM/ECF system.

    This the 3rd day of February 2020.

                                                    /s/ Ford Bailey
                                                   Clifford K. (Ford) Bailey, III