IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OHIO SECURITY INSURANCE COMPANY                                        PLAINTIFF

V.                                              CIVIL ACTION NO.   3:19-cv-197-SA-JMV

ELIZABETH FINLEY, et al.                                               DEFENDANTS

## ORDER DISMISSING CERTAIN DEFENDANTS

This cause came on for hearing on the Plaintiff's Motion to Voluntarily Dismiss Certain Defendants, and the Court, having considered the Motion, and being fully advised in the premises, finds that it is well taken and should be granted.

It is therefore ORDERED that David Dyer; Cornerstone Systems, Inc.; COFC Logistics, LLC; Interpool, Inc., d/b/a Trac Intermodal; Great West Casualty Company; and Nationwide Mutual Insurance Company are hereby dismissed as defendants in this action.

SO ORDERED this the 10th day of February 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Clifford K. Bailey, III
Wells, Marble & Hurst, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157

Attorney for the Plaintiff