IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OHIO SECURITY INSURANCE COMPANY                                            PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:19-CV-197-SA-JMV

ELIZABETH FINLEY, ET AL.                                                   DEFENDANTS

**ORDER**

This matter is before the court upon the joint motion of the parties for an extension of the discovery and dispositive motions deadlines, following today's [89] status conference regarding various discovery issues. The court finds good cause to extend the requested deadlines.

THEREFORE, the case management order shall be amended as follows:

1. All discovery shall be completed by June 5, 2020; and

2. All dispositive and *Daubert*-type motions shall be filed by June 24, 2020.

Finally, the parties are forewarned that no further extensions may be granted absent a trial continuance.

SO ORDERED this, the 7th day of May, 2020.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE