IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OHIO SECURITY INSURANCE COMPANY     PLAINTIFF

vs.     CIVIL ACTION NO. 3:19-cv-197-SA-JMV

ELIZABETH FINLEY, ADMINISTRATRIX OF THE
ESTATE OF THOMAS J. FINLEY, JR., ET AL.     DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on the motion *ore tenus* of Plaintiff, and the Court being advised that this matter has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED that this cause be, and hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED this the 20th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Clifford K. (Ford) Bailey, III
Clifford K. (Ford) Bailey, III
Attorney for Plaintiff, Ohio Security
Insurance Company

/s/ Thomas Cooley
Thomas Cooley
Attorney for Defendant, Elizabeth Finley

/s/ James Simpson
James M. Simpson
Attorney for Defendant Jamac Logistics, LLC